**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendant LVMPD

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN MAYNARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the City of Las Vegas; DOE Officers I – X, inclusive,<br><br>　　　　Defendants. | Case Number:<br>2:16-cv-01598-JAD-PAL<br><br>ECF Nos. 11, 13 |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Defendant Las Vegas Metropolitan Police Department, by and through their attorneys of record, Craig R. Anderson, Esq., of Marquis Aurbach Coffing and Plaintiff Nathan Maynard, by and through his attorney of record, Guinness Ohazuruike, Esq., of Guinness Law Firm, that all parties are dismissed with prejudice in the above-referenced matter;

IT IS FURTHER STIPULATED that the hearing set for June 5, 2017 at 1:30 p.m., regarding Defendant's Motion for Summary Judgment (ECF No. 11) be vacated; and

/ / /

/ / /

/ / /

MAC:05166-925 3065695_1 4/21/2017 9:48 AM

IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and costs.

IT IS SO STIPULATED this 21st day of April, 2017.

| MARQUIS AURBACH COFFING | GUINNESS LAW FIRM |
|---|---|
| By:   s/Craig R. Anderson<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendant LVMPD | By:   s/Guinness Ohazuruike<br>Guinness Ohazuruike, Esq.<br>Nevada Bar No. 11321<br>6845 W. Charleston Blvd., #A<br>Las Vegas, Nevada 89117<br>Attorney for Plaintiff |

## ORDER

Based on the parties' stipulation [ECF No. 13], good cause appearing, and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED with prejudice, each party to bear its own fees and costs. The pending motion for partial summary judgment [ECF No. 11] is DENIED without prejudice as moot, and the 6/5/17 hearing is VACATED. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
April 21, 2017

MAC:05166-925 3065695_1 4/21/2017 9:48 AM